IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Quisi Bryan,   Case No.  1:11CV60

    Petitioner

    v.   **JUDGMENT ENTRY**

David Bobby,

    Respondent

For the reasons stated in the Order filed July 16, 2015,

**IT IS HEREBY ORDERED THAT:**

Bryan's petition for a writ of habeas corpus be, and the same hereby is granted. The State of Ohio must release Bryan from custody on the conviction at issue in this case unless, within 120 days of the entry of this order, it begins proceedings to afford Bryan a new trial.

So ordered.

    /s/ James G.Carr
    Sr. U.S. District Judge